No. 672. TONAHILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 675. COMMERCIAL SOLVENTS CORP. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 687. COHEN v. NEAGLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 689. FAIRBANK, DBA ARNOLD FAIRBANK CATTLE Co., ET AL. v. HARDIN, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 690. THOMPSON v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 693. BRANIFF AIRWAYS, INC., ET AL. v. TEXAS AERONAUTICS COMMISSION ET AL. Sup. Ct. Tex. Certiorari denied.

No. 694. CLAY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 696. KUHNS BROTHERS Co. ET AL. v. DURIRON Co., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 697. UNIFLOW MANUFACTURING Co. ET AL. v. KING-SEELEY THERMOS Co. C. A. 6th Cir. Certiorari denied.

No. 698. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL No. 38, ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 699. MAJURI ET AL. v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.